**Will Tom SANDUSKY**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

May 11, 1962.

Stanley Lemon, Liberty, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant was convicted of illegally possessing liquor for the purpose of sale in a dry territory and his punishment fixed at a fine of $50 and 30 days at hard labor. The record shows no error.

Judgment affirmed.